UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. PRIZLER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC (dba SPECTRUM), TWC ADMINISTRATION, LLC, and DOES 1 through 100, inclusive,,<br><br>  Defendants. | Case No.: 3:18-cv-1724-L-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Doc. 52]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court hereby grants the parties' joint motion to dismiss and dismisses with prejudice Plaintiff's PAGA claim in its entirety upon the parties' stipulation. Each party shall bear their own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: July 22, 2019

Hon. M. James Lorenz
United States District Judge